FILED
2017 Oct-04  PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY, § § Plaintiff § § v. § § TOMLIN CONSTRUCTION, LLC, § LARRY TOMLIN, and SANDRA § TOMLIN, § § Defendants. § | CIVIL ACTION NUMBER: 7:17-cv-1092-JHE |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, WESTERN SURETY COMPANY, and the Defendants, TOMLIN CONSTRUCTION, LLC, LARRY TOMLIN and SANDRA TOMLIN, by and through their undersigned counsel of record and, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, hereby give notice to this Honorable Court that the Parties jointly stipulate to the dismissal of this action in its entirety and *with prejudice*.  Each party to bear their own costs.

Respectfully submitted this the 4th day of October, 2017.

| | |
|---|---|
| s/ W. Ivey Gilmore, Jr. | s/ G. Matthew Keenan |
| W. Ivey Gilmore, Jr. (GIL-049) | G. Matthew Keenan (ASB-4664-G63K) |
| GILMORE, ROWLEY, CRISSEY & WILSON, LLC | STARNES DAVIS FLORIE LLP |
| 1905 7th Street | Seventh Floor, 100 Brookwood Place |
| Tuscaloosa, Alabama 35401 | Post Office Box 598512 |
| *Attorney for Tomlin Construction, LLC, Larry Tomlin and Sandra Tomlin* | Birmingham, Alabama 35259-8512 |
| | T: (205) 868-6000; F: (205) 868-6099 |
| | E-mail: gmk@starneslaw.com |
| | *Attorney for Western Surety Company* |

{B2659756}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the Ala-file system, which will send electronic notification of such filing to the following:

W. Ivey Gilmore, Jr. (GIL-049)
GILMORE, ROWLEY, CRISSEY & WILSON, LLC
1905 7th Street
Tuscaloosa, Alabama 35401
*Attorney for Larry Tomlin and  Sandra Tomlin*

                                            *s/* G. Matthew Keenan
                                            OF COUNSEL