IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>TOMLIN CONSTRUCTION,  )<br>LLC, et al.,  )<br>  )<br>Defendants.  )<br>  )<br>  )<br>  ) | 7:17-cv-01092-LSC |

### Order

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 14) filed on October 4, 2017. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** AND **ORDERED** ON OCTOBER 10, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485